

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00079-CV

Frontera Star Foods, LLC, Juan Manuel Alvarado Errasti, and Claudia Ortiz

v.

Carl's Jr. Queen Creek, LLC

On appeal from the
County Court at Law No. 3 of Cameron County, Texas
Trial Cause No. 2019-CCL-00140

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of prosecution. The Court orders the appeal DISMISSED FOR WANT OF PROSECUTION in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

May 30, 2019